Steven C. Vondran, SBN 232337
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
One Sansome Street, Suite 3500
San Francisco, California  94104
Telephone: (877) 276-5084
Facsimile:  (888) 551-2252
steve@vondranlegal.com

Attorney for IP ADDRESS 76.126.153.101

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC.<br><br>           Plaintiff,<br><br>     vs.<br><br>John Doe subscriber assigned IP address 76.126.153.101<br>           Defendants. | No. 3:18-cv-00085-MEJ<br><br>**NOTICE OF APPEARANCE FOR IP ADDRESS 76.126.153.101** |

Please take notice that Steven C. Vondran, Esq. of The Law Offices of Steven C. Vondran PC, hereby appears as counsel on behalf of IP ADDRESS 76.126.153.101.

        DATED this 19nd day of March, 2018.

                    **THE LAW OFFICES OF STEVEN VONDRAN, P.C.**


                    By /S/  Steve Vondran
                         Steven C. Vondran, Esq.
                         *Attorneys for IP 76.126.153.101*

**ORIGINAL** of the foregoing *e-filed* this 19th day of March 2018, with:

UNITED STATES DISTRICT COURT

**Chief Judge**

Maria-Elena James

450 Golden Gate Avenue,

San Francisco, CA 94102

**COPY** *mailed* this date to:

Fox Rothschild LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California  90067
**Attn: Lincoln Dee Bandlow, Esq.**
Facsimile:  (310) 556-9828
Email: lbandlow@foxrothschild.com

    Executed on March 8, *2018,* at Balboa Island, California.

By:  */s/     Lisa Vondran* _____
        Lisa Vondran, Assistant